# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1946

_____

United States of America,　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　Appellee,　　　　　　　　*
　　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　　v.　　　　　　　　　　　　　*　District Court for the
　　　　　　　　　　　　　　　　　　*　District of South Dakota.
Eduardo Contreras-Flores,　　　　　*
also known as Carlos Flores,　　　 *　[UNPUBLISHED]
　　　　　　　　　　　　　　　　　　*
　　　　　Appellant.　　　　　　　　*

_____

Submitted: October 5, 2011
Filed: October 19, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Eduardo Contreras-Flores pleaded guilty to illegal reentry after deportation. See 8 U.S.C. § 1326(a) and (b). The district court[1] sentenced him to 77 months in prison and 2 years of supervised release. His counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), asserting that the sentence is unreasonable. Contreras-Flores has filed a supplemental brief challenging his sentence and asserting that his trial counsel was ineffective.

_____

[1]The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.

Contrary to counsel's and Contreras-Flores's arguments, we conclude that the district court committed no procedural error in sentencing Contreras-Flores, and that the court imposed a substantively reasonable sentence.  See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc); United States v. Garcia, 512 F.3d 1004, 1006 (8th Cir. 2008).  We decline to review Contreras-Flores's ineffective-assistance claims in this direct appeal.  See United States v. Looking Cloud, 419 F.3d 781, 788-89 (8th Cir. 2005).

Having reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdaw, and we affirm.

_____